IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.     4:06CV00295-WRW | |
| PRESTON WILLIAMS | DEFENDANT |
| ARKANSAS TRAVELERS BASEBALL CLUB | GARNISHEE |

## ORDER

Pending is Plaintiff's Motion to Dismiss the garnishee (Doc. No. 13) because Defendant Williams does not earn enough wages to garnish at his job. Plaintiff's Motion is GRANTED, and the garnishee is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd of August, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE